**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-1106 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: Second |
| ) | Degree Murder. |
| **JEFFREY ANTONIO**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about July 31, 2015, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **JEFFREY ANTONIO**, an Indian, unlawfully killed Jane Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
3/16/2016 11:03 AM