## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,                        Case No. 1:16-cr-1106-JMC

v.

JEFFREY ANTONIO,

     Defendant.

## ORDER GRANTING MOTION FOR LEAVE
## TO WITHDRAW AS COUNSEL

On June 8, 2018, Marc H. Robert, co-counsel for Defendant, filed a Motion for Leave to Withdraw as Counsel.  In that motion, Mr. Robert states he will assume a new position within the Office of the Federal Public Defender, which precludes his active involvement in this case.  Mr. Robert indicates that Irma Rivas was, and remains, lead counsel for Defendant in this case.

FOR GOOD CAUSE SHOWN, this Court GRANTS the Motion for Leave to Withdraw as Counsel (Doc. 102).

IT IS SO ORDERED.

Entered for the Court
this the 18th day of June, 2018

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation